UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - v. -

BRANDON BELL,
    a/k/a "B White,"

           Defendant.

**SEALED INDICTMENT**

20 Cr.

- - - - - - - - - - - - - - - - - - - - X

COUNT ONE

The Grand Jury charges:

1. From at least in or around August 2018, up to and including in or around April 2019, in the Southern District of New York and elsewhere, BRANDON BELL, a/k/a "B White," the defendant, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that BRANDON BELL, a/k/a "B White," the defendant, and others known and unknown, would and did distribute and possess with the intent to a distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1).

3. The controlled substance that BRANDON BELL, a/k/a "B White," the defendant, conspired to distribute and possess with intent to distribute was 28 grams and more of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack cocaine," in violation of Title 21, United States Code, Section 841(b)(1)(B).

(Title 21, United States Code, Section 846.)

FORFEITURE ALLEGATION

4. As a result of committing the controlled substance offense charged in Count One of this Indictment, BRANDON BELL, a/k/a "B White," the defendant, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offense and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense that the defendant personally obtained.

Substitute Assets Provision

5. If any of the above-described forfeitable property, as a result of any act or omission of BRANDON BELL, a/k/a "B White," the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Sections 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Section 853.)

*[signature]*
FOREPERSON

*[signature]*
AUDREY STRAUSS
Acting United States Attorney

3

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA

- v. -

BRANDON BELL,
A/K/A "B White,"

Defendant.

### SEALED INDICTMENT

20 Cr.

(21 U.S.C. § 846.)

AUDREY STRAUSS
Acting United States Attorney.

**A TRUE BILL**

_____  Foreperson.