```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    20cr602(DLC)
UNITED STATES OF AMERICA,                :
                                         :         ORDER
              -v-                        :
                                         :
BRANDON BELL,                            :
                                         :
                   Defendant.            :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Due to the COVID-19 pandemic, the initial conference in this action will not be held in the courtroom but will proceed as a video conference.  It is hereby

ORDERED that the video conference will be held on **Thursday, November 19, 2020 at 10:00am**.  At that conference, a trial date will be chosen.  After the Government recites the procedural history of this case, outlines the nature of the evidence it intends to offer at any trial, and proposes a schedule for the production of discovery materials to the defendants, the Court will consult the parties regarding the scheduling of the trial.  After a trial date is selected, a schedule for motions will be set and the propriety of any exclusion of time under the Speedy Trial Act will be addressed.

IT IS FURTHER ORDERED that counsel for the Government and the defendants will consult in advance of the conference to reach agreement, if possible, on a proposed date for the trial.

IT IS FURTHER ORDERED that any defendant released on bail must also participate in the conference unless permission has been sought and granted to excuse that participation.

IT IS FURTHER ORDERED that the conference shall proceed via the Skype for Business videoconference, if the Skype for Business platform is reasonably available.  To access the conference, paste the following link into your browser: https://meet.lync.com/fedcourts-nysd/anthony_sampson/H0TXAVD1.

To use this link, you may need to download software to use Skype's videoconferencing features.[1]  Participants are directed to test their videoconference setup in advance of the conference -- including their ability to access the link above.  Defense counsel shall assist the defendant in testing his videoconference capability so that the defendant can participate by videoconference if that is feasible.

Users who do not have an Office 365 account may use the "Join as Guest" option.  When you successfully access the link, you will be placed in a "virtual lobby" until the conference begins.  Participants should also ensure that their webcam, microphone, and headset or speakers are all properly configured to work with Skype for Business.  For further instructions

---

[1] See Microsoft, Install Skype for Business (last visited Apr. 29, 2020), https://support.office.com/en-us/article/install-skype-for-business-8a0d4da8-9d58-44f9-9759-5c8f340cb3fb.

concerning Skype for Business and general guidelines for participation in video and teleconferencing, visit https://nysd.uscourts.gov/covid-19-coronavirus.

If you intend to join the conference from an Apple device, you should ensure that you are running a version of Skype for Business that was published on or after April 28, 2020.[2]  Users running earlier versions have encountered an issue in which Skype for Business does not receive any inputs from the computer's microphone, and they cannot be heard by other participants.

IT IS FURTHER ORDERED that members of the press, public, or counsel who are unable to successfully access Skype for Business, may access the conference audio using the following credentials:

        Call-in number:    +19179332166
        Conference ID:     473638717

IT IS FURTHER ORDERED that by **Wednesday, November 18, 2020,** defense counsel shall file a letter informing the Court whether counsel and the defendant have successfully tested Skype for Business.  If the defendant and counsel are unable to successfully test Skype for Business, an Order will issue

---

[2] See, e.g., Microsoft, Skype for Business on Mac (last visited May 5, 2020), https://www.microsoft.com/en-us/download/details.aspx?id=54108.

informing the parties whether the sentencing shall be rescheduled to occur in person.

IT IS FURTHER ORDERED that defense counsel shall provide a copy of or read this order to the defendant.

Dated:    New York, New York
          November 17, 2020

                              _____
                                    DENISE COTE
                              United States District Judge