**LAW OFFICE OF SAM A. SCHMIDT**
115 BROADWAY Suite 1704
NEW YORK, N.Y.  10006
(212) 346-4666
FACSIMILE (212) 346-4668
E-mail lawschmidt@aol.com

**Sam A. Schmidt, Esq.**
_____

November 19, 2020

Honorable Denise L. Cote, USDJ
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007



Re: *U.S. v.  Brandon Bell*
    20 Cr. 602 (DLC)

Dear Judge Cote:

    On behalf of Mr. Bell, I respectfully request that your Honor authorize counsel to purchase a laptop computer to provide to him in order for Mr. Bell to review the discovery material and for counsel to be reimbursed pursuant to the Criminal Justice Act.  The laptop will be provided to the government to upload all of the discovery material not covered by the protective order.  Because he is not incarcerated in a facility but is under home detention, with the consent of the government, the Internet shall not be disabled to permit viewing but not downloading or obtaining the protective material in the possession of defense counsel. Once the case is completed, the defendant shall return the laptop to counsel who will then send it to the administrative office of the court.

    This is necessary because of the limitations placed on all as the result of the pandemic.  The need for the use of laptops to review discovery has been successfully litigated in this district and Alan Nelson, Esq., the CJA Coordinating Attorney is aware and approves the provision of laptops defendants unable to afford their own in order to review the voluminous computer-based discovery. Further, the provision of a laptop is cost effective eliminating the need for counsel or a paralegal to spend many hours reviewing the material with their clients.

```
The Government and defense counsel shall
consult and provide a proposed Order that
explains how the laptop may and may not
be configured and/or used by the defendant.
11.19.2020.
```

                                                                       _____
                                                                    DENISE COTE
                                        United States District Judge

I have attached a proposed order for your Honor.

           Respectfully submitted,

            /s/
           Sam A. Schmidt, Esq.
           Attorney for Brandon Bell

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x

UNITED STATES OF AMERICA

- against –

                                                               20 Cr. 602 (DLC)

BRANDON BELL,
              Defendant.

-------------------------------------------------------- x

IT IS HEREBY ORDER AS FOLLOWS:

     1.     To facilitate review of the government's discovery in this case, counsel for the defendant shall obtain a laptop and provide it to the government to upload all of the discovery material not covered by the protective order. Because he is not incarcerated in a facility but is under home detention, with the consent of the government, the Internet shall not be disabled to permit viewing but not downloading or obtaining the protective material in the possession of defense counsel.

     2.  Defense counsel shall be reimbursed for the purchase of the laptop pursuant to the Criminal Justice Act.

     3.  The defendant shall surrender the laptop to his counsel at the completion of the case.

    4. Counsel shall bring or send the laptop to the administrative office of the court.

Dated: November __, 2020

_____

HONORABLE DENISE L. COTE, USDJ