UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA,             :          20cr602 (DLC)
                                      :
            -v-                       :              ORDER
                                      :
BRANDON BELL,                         :
                                      :
                  Defendant.          :
                                      :
------------------------------------- X

DENISE COTE, District Judge:

On November 19, 2020, CJA counsel requested approval for the use of CJA funds to purchase a laptop for defendant Brandon Bell to review discovery materials produced by the Government. Defense counsel represents that without this laptop the defendant will be unable to review effectively the discovery material that the Government is installing on the two drives defense counsel is providing to the Government (the "Attorney Drive" and the "Defendant Drive").  It is hereby

ORDERED that defense counsel's request for CJA funds to purchase a laptop for the defendant to review discovery is granted.

IT IS FURTHER ORDERED that the defendant shall not have access to material installed on the Attorney Drive, which is classified in the parties' protective agreement as "sensitive disclosure materials", except in the following circumstances:

1) in a meeting with defense counsel in which material on the Attorney Drive is reviewed by the defendant in the presence of counsel; or

2) in a video conference with defense counsel, who may use screen-sharing to permit the defendant to review the materials on the Attorney Drive.

IT IS FURTHER ORDERED that the defendant shall not download the "sensitive disclosure materials" shown to him by his attorney.

IT IS FURTHER ORDERED that the defendant may not use the laptop for any purpose other than reviewing discovery materials produced in this case, for communicating with his CJA counsel, and for other communications relating to his defense in this case.

IT IS FURTHER ORDERED that no later than the conclusion of the proceedings against the defendant in the district court, whether through dismissal of the charges against the defendant or the sentencing of the defendant, the defendant shall return the laptop to his counsel, who will promptly provide it to the

CJA Case Budget Attorney for the Second Circuit Court of

Appeals.  If convicted, the defendant may not retain this laptop

during any appeal.


Dated:    New York, New York
          December 2, 2020


                              _____
                                        DENISE COTE
                              United States District Judge