```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :         20cr602 (DLC)
            -v-                          :
                                         :            ORDER
BRANDON BELL,                            :
                                         :
                      Defendant.         :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

It is hereby

ORDERED that the change of plea scheduled for June 11, 2021 at 2:00 PM is rescheduled to **June 16, 2021 at 2:00 PM** and shall proceed via the Microsoft Teams videoconference platform.  To access the conference, please follow this link:

[https://teams.microsoft.com/l/meetup-join/19%3ameeting_ZmI1YTI4ZGMtN2JiOS00NDExLWI0NDktNjU3YmJjNTI1M2Q2%40thread.v2/0?context=%7b%22Tid%22%3a%221d66f037-8266-4d1c-919c-67c6543d3542%22%2c%22Oid%22%3a%22f281b8d8-5887-44a5-9566-8c44f6aaf05d%22%7d](https://teams.microsoft.com/l/meetup-join/)

IT IS FURTHER ORDERED that members of the press, public, or counsel who are unable to successfully access Microsoft Teams may access the conference's audio using the following credentials:

```
        Call-in number:     917-933-2166
        Conference ID:      997 012 680#
```

Please refer to the Order dated June 2, 2021 for all other information regarding the conference.

Dated:    New York, New York
          June 11, 2021

                                    _____
                                         DENISE COTE
                                    United States District Judge