**LAW OFFICE OF SAM A. SCHMIDT**
29 BROADWAY Suite 1412
NEW YORK, N.Y. 10006
(212) 346-4666
FACSIMILE (212) 346-4668
E-mail lawschmidt@aol.com

Sam A. Schmidt, Esq.

November 10, 2021

Honorable Denise L. Cote, USDJ
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Re: *U.S. v. Brandon Bell*
20 Cr. 602 (DLC)

Dear Judge Cote:

Brandon Bell is scheduled to surrender to his designated facility no later than November 12, 2021. He has not received any notice of designation. If he is not designated, he would have to surrender to the United States Marshall Service at 500 Pearl and would remain in local custody for transfer.

I am requesting that he be permitted to surrender to his designated facility three (3) days (or the following Monday if it falls on a weekend) after he receives his notice. I will remain in regular contact with him as is his pretrial officer.

Thank you for your Honor's consideration.

Respectfully submitted,

/s/
Sam A. Schmidt, Esq.
Attorney for Brandon Bell

*The surrender date is extended to 12/3/21 at 2:00 pm.*

*Denise Cote*
*11/10/21*