```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :          20cr602 (DLC)
            -v-                          :
                                         :             ORDER
BRANDON BELL,                            :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

   It is hereby ORDERED that the defendant's GPS monitoring equipment can be removed on December 2, 2021, in preparation for his surrender scheduled for the following date.

Dated:   New York, New York
         November 30, 2021

                                    _____
                                              DENISE COTE
                                      United States District Judge